IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Z STREET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:12-cv-00401 (KBJ) |
| | ) | |
| JOHN KOSKINEN, | ) | |
| IN HIS OFFICIAL CAPACITY AS | ) | |
| ACTING COMMISSIONER OF INTERNAL | ) | |
| REVENUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Yonatan Gelblum in the above-captioned matter, as

additional counsel of record for the defendant. Yonatan Gelblum is authorized to practice in this

Court, is familiar with this Court's local rules, and requests to be served with copies of all filed

papers.

Dated: July 1, 2014                    Respectfully submitted,

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 305-3136
Fax: (202) 514-6866
yonatan.gelblum@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 1, 2014, I filed the foregoing Notice of Appearance with the Clerk of

Court using the CM/ECF system, which will send notice of this filing to all parties registered to

receive such notice, including plaintiff's counsel.


<u>/s/ Yonatan Gelblum</u>
YONATAN GELBLUM