IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Z STREET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:12-cv-401-KBJ |
| ) | |
| JOHN KOSKINEN, ) | |
| IN HIS OFFICIAL CAPACITY AS ) | |
| COMMISSIONER OF INTERNAL ) | |
| REVENUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that the defendant, John Koskinen, in his official capacity as Commissioner of Internal Revenue, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on May 27, 2014 (Docket No. 50), and the Memorandum Opinion entered on May 27, 2014 (Docket No. 49).  This appeal includes an appeal from all interlocutory orders, rulings, and findings that gave rise to the foregoing.  The defendant believes the Court's order (and memorandum) of May 27, 2014, constitutes a final, appealable order under the rule laid down in *Cohen v. Benefit Indus. Loan Corp.*, 337 U.S. 541 (1949), often referred to as the collateral order doctrine.

//

//

Dated: July 28, 2014					Respectfully submitted,

						TAMARA W. ASHFORD
						Acting Assistant Attorney General, Tax Division

						DEBORAH S. MELAND, D.C. Bar # 375861
						Chief, Civil Trial Section, Eastern Region
						U.S. Department of Justice, Tax Division

						<u>/s/ Yonatan Gelblum</u>
						YONATAN GELBLUM
						Trial Attorney, Tax Division
						U.S. Department of Justice
						Post Office Box 227
						Washington, DC  20044
						Telephone:  (202) 305-3136
						Fax: (202) 514-6866
						yonatan.gelblum@usdoj.gov

OF COUNSEL:
Ronald C. Machen, Jr.
D.C. Bar # 447889
United States Attorney for the District of Columbia

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing NOTICE OF APPEAL was made on July 28, 2014, by electronically filing a copy with the clerk of the court using the CM/ECF system, which will send notification of such filing to parties appearing in said system, including the following:

Jerome M. Marcus
MARCUS & AUERBACH LLC
101 Greenwood Avenue
Suite 301
Jenkintown, PA 19046

Jay M. Levin
REED SMITH, LLP
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 305-3136
Fax: (202) 514-6866
yonatan.gelblum@usdoj.gov