IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Z STREET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:12-cv-401-KBJ |
| | ) | |
| JOHN KOSKINEN, | ) | |
| IN HIS OFFICIAL CAPACITY AS | ) | |
| COMMISSIONER OF INTERNAL | ) | |
| REVENUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT: Please withdraw Andrew C. Strelka as counsel of record for the defendant in connection with this matter.

//

//

//

//

Dated: July 28, 2014                    Respectfully submitted,

                                        TAMARA W. ASHFORD
                                        Acting Assistant Attorney General, Tax Division

                                        DEBORAH S. MELAND, D.C. Bar # 375861
                                        Chief, Civil Trial Section, Eastern Region
                                        U.S. Department of Justice, Tax Division

                                        /s/ Andrew C. Strelka
                                        ANDREW C. STRELKA
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        CT Bar #: 429501, NY Bar #: 4821633
                                        Telephone: (202) 616-8994
                                        Facsimile: (202) 514-6866
                                        andrew.c.strelka@usdoj.gov

OF COUNSEL:
Ronald C. Machen, Jr.
D.C. Bar # 447889
United States Attorney for the District of Columbia

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing NOTICE was made on July 28, 2014, by electronically filing a copy with the clerk of the court using the CM/ECF system, which will send notification of such filing to parties appearing in said system.

/s/ Andrew C. Strelka
ANDREW C. STRELKA