IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Z STREET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:12-cv-401-KBJ |
| ) | |
| JOHN KOSKINEN, ) | |
| IN HIS OFFICIAL CAPACITY AS ) | |
| COMMISSIONER OF INTERNAL ) | |
| REVENUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# NOTICE

On August 8, 2014, Z Street submitted a letter to the Court, along with a Report and Discovery Plan.  The Defendant, Commissioner of Internal Revenue, submits this Notice to address what he contends is inaccurate information contained in Z Street's submission.

The parties conducted a conference pursuant to Fed. R. Civ. P. 26(f) on July 18, 2014, at which the parties went through all topics required to be discussed under LCvR 16.3(c), and which concluded with the Defendant's agreement to prepare a draft joint report.  The parties did not agree to continue the 26(f) conference to July 28, 2014.  The parties did confer on July 28, 2014, but this call was only scheduled after Z Street raised objections to the Defendant's initial disclosures served on July 25, 2014. [1]  On July 24, the Defendant sent a draft report to Z Street.  Prior to Z Street's correspondence on August 8, 2014, the Defendant did not receive any correspondence from Z Street regarding finalizing that draft report for submission to the Court.

---

[1] At the call, the parties also discussed the Defendant's objections to a third-party deposition noticed by Z Street.  Notwithstanding the Defendant's notice of appeal and other objections, the Defendant understands that Z Street proceeded with the third-party deposition.

On July 28, 2014, the Defendant filed a notice of appeal pursuant to the collateral order doctrine, which stays all further proceedings, including discovery.[2]  *See Fields v. Office of Eddie Bernice Johnson*, No. 04-5315, 2004 U.S. App. LEXIS 19629, at *1 (D.C. Cir. 2004) (citing *Princz v. Federal Republic of Germany*, 998 F.2d 1 (D.C. Cir. 1993)) (denying motion to vacate district court's Rule 16 scheduling conference as unnecessary because "appeal properly pursued from the district court's order divests the district court of control over those aspects of the case on appeal"); *United States v. DeFries*, 129 F.3d 1293, 1302-03 (D.C. Cir. 1997) (vacating actions taken by district court during pendency of appeal).  The Defendant informed Z Street of the effect of its appeal by phone and letter later that day, with cites to relevant authorities.  During the phone call, Z Street asked whether the Defendant was refusing to discuss any matters related to discovery; the Defendant stated that was not its position.  Although Z Street has indicated that it disagrees with the Defendant's position regarding the effect of the notice of appeal, it has not yet provided any authority to support its position.

Although the Defendant contends that, under *Office of Johnson*, the Court lacks jurisdiction to conduct a Rule 16 Conference, the Defendant plans to attend the hearing scheduled for August 12, 2014, unless otherwise ordered by the Court.

/ /

/ /

---

[2] The Defendant's notice of appeal was a protective notice filed prior to expiration of the time to appeal under 28 U.S.C. § 1291.  The notice was filed because the Solicitor General has not yet made a decision on whether to pursue an appeal under the collateral order doctrine, whether to seek certification for an interlocutory appeal in this Court, whether to do both, or whether to do neither. *See generally* United States' Attorneys' Manual s. 2-2.132, available at http://www.justice.gov/usao/eousa/foia_reading_room/usam/title2/2mapp.htm (providing for the filing of a protective notice if a decision has not been made on whether to appeal).

Dated: August 11, 2014

Respectfully submitted,

TAMARA W. ASHFORD
Acting Assistant Attorney General, Tax Division

DEBORAH S. MELAND, D.C. Bar # 375861
Chief, Civil Trial Section, Eastern Region
U.S. Department of Justice, Tax Division

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
YONATAN GELBLUM
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
GJK Telephone: (202) 307-6346
YG Telephone: (202) 305-3136
Fax: (202) 514-6866
geoffrey.j.klimas@usdoj.gov
yonatan.gelblum@usdoj.gov

OF COUNSEL:
Ronald C. Machen, Jr.
D.C. Bar # 447889
United States Attorney for the District of Columbia

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing NOTICE was made on August 11, 2014, by electronically filing a copy with the clerk of the court using the CM/ECF system, which will send notification of such filing to parties appearing in said system, including the following:

Jerome M. Marcus
MARCUS & AUERBACH LLC
101 Greenwood Avenue
Suite 301
Jenkintown, PA 19046

Jay M. Levin
REED SMITH, LLP
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

                                                  /s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone: (202) 307-6346
Fax: (202) 514-6866
geoffrey.j.klimas@usdoj.gov