# United States Court of Appeals
### For The District of Columbia Circuit

**No. 14-5188**  **September Term, 2014**

1:12-cv-00401-KBJ

Filed On: September 18, 2014 [1512945]

Z Street,

      Appellee

v.

John A. Koskinen, in his official capacity as Commissioner of Internal Revenue Service,

      Appellant

## ORDER

Upon consideration of appellant's motion to dismiss the appeal without prejudice, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:  /s/
             Mark A. Butler
             Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk