IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Z STREET, <br><br> Plaintiff, <br><br> v. <br><br> JOHN KOSKINEN, <br> IN HIS OFFICIAL CAPACITY AS <br> COMMISSIONER OF INTERNAL <br> REVENUE, <br><br> Defendant. | Civil No. 1:12-cv-401-KBJ |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE PRIVILEGE LOGS**

The Defendant respectfully moves the Court for a two-week extension of time to June 24, 2016, to complete its production of privilege logs to Z Street. As set forth below, the Defendant's production of privilege logs was delayed as a result of the departure of Yonatan Gelblum, who was serving as the Defendant's lead counsel, from the Department of Justice. The undersigned attorneys conferred in good faith with Z Street prior to filing this motion, and Z Street represented that it consented to the Defendant's requested extension.

1. In accordance with the Court's April 11, 2016 Minute Order, the Defendant has completed its rolling production of documents responsive to Z Street's First Requests for Production of Documents and provided Z Street with privilege logs for all documents from its rolling production that were generated on or before August 25, 2010.

2. The Defendant is now in the process of producing privilege logs for all documents from its rolling production that were generated after August 25, 2010 ("post-complaint documents"). Those privilege logs are currently due on June 10, 2016.

3. The production of privilege logs for post-complaint documents has been delayed by the departure of attorney Yonatan Gelblum from the Department of Justice. (*See* Notice of Withdrawal of Appearance (Docket No. 86).) Gelblum was serving as lead counsel for the Defendant.

4. As a result of preparing for his departure, Mr. Gelblum was unable to actively assist co-counsel Geoffrey Klimas and Olga Tobin in the recent production of privilege logs.

5. The Defendant has not previously sought an extension of its deadline to produce privilege logs for post-complaint documents.

6. Z Street's deadline to file a motion to compel is currently scheduled for June 20, 2016, with respect to documents contained on the privilege logs already provided. Z Street's deadline to supplement its motion to compel to address post-complaint documents is currently scheduled for July 1, 2016.

7. It is not yet clear whether Z Street will need an extension of time to file and/or supplement its motion to compel. Z Street has requested a conference to discuss a potential issue with the privilege logs that is unrelated to the timing of their production, and the parties are scheduled to have a phone conference to discuss that potential issue tomorrow, June 9, 2016. The potential issue may impact Z Street's ability to file and/or supplement its motion to compel by the current deadlines, and the parties will confer in good faith to promptly address that impact.

8. The Defendant's requested extension will not impact any other deadlines in this case.

13995661.1

- 3 -

WHEREFORE, the Defendant requests that the Court extend the deadline for the Defendant to complete its production of privilege logs to Z Street by two weeks to June 24, 2016.

Dated: June 8, 2016

Respectfully submitted,

/s/ Geoffrey J. Klimas_____
GEOFFREY J. KLIMAS
OLGA L. TOBIN
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Telephone:  (202) 307-6346
            (202) 307-6322
Fax: (202) 514-6866
Email: Geoffrey.J.Klimas@usdoj.gov
       Olga.L.Tobin@usdoj.gov
*Attorneys for the Defendant*
