**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Z STREET, | : | |
| Plaintiff, | : | Civil No. 1:12-cv-00401 (KBJ) |
| v. | : | |
| JOHN KOSKINEN,<br>IN HIS OFFICIAL CAPACITY AS<br>COMMISSIONER OF<br>INTERNAL REVENUE, | : | |
| Defendant. | : | |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE MOTION TO COMPEL DISCOVERY**

Plaintiff hereby moves this Court for an Order resetting the deadline for filing of Plaintiff's Motion to Compel Discovery relating to material redacted or otherwise withheld by Defendants. By previous Order of this Court that deadline is currently June 20, 2016. Plaintiff respectfully requests that the deadline be reset to July 15, 2016

The extension is needed because Plaintiff has requested additional data from defendants regarding the documents at issue in the motion to compel, and Defendant has advised Plaintiff that Defendant will need until June 29, 2016, to produce that information. Specifically, for each of the emails Defendant has produced or identified as responsive to Plaintiff's discovery requests, which were generated prior to August 25, 2010, and with respect to which Defendant has invoked a privilege or other right to withhold or redact, and with respect to the document bearing Bates number 2488, plaintiff has asked that Defendant disclose whether each person to whom or from whom such documents were sent was, at the time of the document's creation, an

attorney, and whether each such person was at the time an employee of the federal government, and if so, by what agency the employee was employed.  Defendant has indicated its willingness to provide this information but stated it will require until June 29 to provide it.  Plaintiff proposes to file its Motion to Compel discovery approximately two weeks after the requested information is provided.

Defendant has consented to this Motion.  Plaintiff therefore espectfully requests that the Court reset the due date for Plaintiff's Motion to Compel to Friday, July 15, 2016.


DATED:  June 20, 2016				Respectfully submitted,

						/s/ Jay M. Levin_____

						Jay M. Levin
						Attorney ID No. 34561
						REED SMITH
						1650 Market Street
						Philadelphia, PA 19103
						VOICE:	215 851 8126
						FAX:	215 851 1420
						Email: jmlevin@reedsmith.com

						Jerome M. Marcus
						MARCUS & AUERBACH LLC
						1121 N. Bethlehem Pike
						Suite 60-242
						Spring House, PA 19477
						VOICE:	215 885 2250
						FAX:	888 875 0469
						Email: jmarcus@marcusauerbach.com


						*Attorneys for Plaintiff Z Street*

## **CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing Consent Motion for Extension of Time for Plaintiff to File Motion to Compel Discovery was electronically filed with the court using the CM/ECF system on June 20, 2016, which will send notification of such filing to counsel for all parties.

/s/ Jay M. Levin_____