IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Z STREET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 1:12-cv-401-KBJ |
| | ) |
| JOHN KOSKINEN, | ) |
| IN HIS OFFICIAL CAPACITY AS | ) |
| COMMISSIONER OF INTERNAL | ) |
| REVENUE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF OLGA L. TOBIN

I, Olga L. Tobin, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a trial attorney for the United States Department of Justice, Tax Division, and am co-counsel for the United States in the above-captioned case. I have prepared this declaration in support of the Defendant's Response to Z Street's Motion to Compel.

2. The following documents attached hereto as Exhibits 1 through 11 are true and correct copies of documents produced by the Defendant to Z Street in response to Z Street's First Request for the Production of Documents at the Bates numbers indicated below.

| Exhibit | Description | Bates Number |
|---|---|---|
| 1-A | Aug. 23, 2012 email from Joseph L. Urban, subject REDACTED | ZST401-001321 – ZST401-001328 |
| 1-B | Aug. 23, 2012 email from Joseph L. Urban, subject "FW: Jun 9-09, 17 coordination" (re-produced with no deliberative process privilege redactions) | ZST401-001321 – ZST401-001328 |
| 2-A | July 8, 2010 email from Holly O. Paz, subject "RE: in case you did not see today's NYT cover story" | ZST401-001786 – ZST401-001795 |
| 2-B | July 8, 2010 email from Holly O. Paz, subject "RE: in case you did not see today's NYT cover story" (re-produced with no deliberative process privilege redactions) | ZST401-001786 – ZST401-001795 |
| 3 | Potential Terrorist Connection Checksheet (Rev. 06/2007) | ZST401-002500 |

| Exhibit | Description | Bates Number |
|---|---|---|
| 4 | Potential Terrorist Connection Checksheet (Rev. 04/2009) | ZST401-002499 |
| 5 | Sept. 15, 2010 email from William J. Angner, subject "FW: EO Tax Journal 2010-119 (Supplement) {Z}" | ZST401-003106 – ZST401-003110 |
| 6 | Aug. 25, 2010 Forward.com article, titled "Lawsuit Accuses IRS of Screening Israel-Related Charities" | ZST401-002200 – ZST401-002201 |
| 7 | Feb. 2, 2011 email from Michael C. Seto, subject "RE: SCR Table for Jan. 2011" (re-produced with no deliberative process privilege or non-responsiveness redactions) | ZST401-001908 – ZST401-001910 |
| 8 | Feb. 2, 2011 email from Michael C. Seto, subject "RE: SCR Table for Jan. 2011" (re-produced with no deliberative process privilege or non-responsiveness redactions) | ZST401-001916 – ZST401-001919 |
| 9 | Document titled "Advocacy Cases (June 15, 2012) (re-produced with less redactions on the basis of IRC § 6103) | ZST401-001867 – ZST401-001869 |
| 10 | Nov. 30, 2010 email from Sarah H. Ingram, subject "Update on court case" (re-produced with no deliberative process privilege or privacy redactions) | ZST401-002773 – ZST401-002775 |
| 11 | Sept. 25, 2011 email from Darla J. Trilli, subject "RE: Sept SCRs" (re-produced with no redactions for non-responsiveness) | ZST401-002017 – ZST401-002018 |

3.      Exhibit 1-A is a true and correct copy of the email produced by the Defendant to Z-Street at ZST401-001321 - ZST401-001328 in response to Z-Street's request for the production of documents.

4.      Exhibit 1-B is a true and correct copy of the email re-produced without any deliberative process privilege assertions by the Defendant to Z-Street at ZST401-001321 - ZST401-001328 in response to Z-Street's request for the production of documents.

5.      Exhibit 2-A is a true and correct copy of the email produced by the Defendant to Z-Street at ZST401-001786 - ZST401-001795 in response to Z-Street's request for the production of documents.

6.      Exhibit 2-B is a true and correct copy of the email re-produced without any deliberative process privilege assertions by the Defendant to Z-Street at ZST401-001786 - ZST401-001795 in response to Z-Street's request for the production of documents.

7. Exhibit 3 is a true and correct copy of the checksheet produced by the Defendant to Z-Street at ZST401-002500 in response to Z-Street's request for the production of documents.

8. Exhibit 4 is a true and correct copy of the checksheet produced by the Defendant to Z-Street at ZST401-002499 in response to Z-Street's request for the production of documents.

9. Exhibit 5 is a true and correct copy of the email produced by the Defendant to Z-Street at ZST401-003106 - ZST401-003110 in response to Z-Street's request for the production of documents.

10. Exhibit 6 is a true and correct copy of the article produced by the Defendant to Z-Street at ZST401-002200 - ZST401-002201 in response to Z-Street's request for the production of documents.

11. Exhibit 7 is a true and correct copy of the email re-produced without any deliberative process privilege or non-responsiveness assertions by the Defendant to Z-Street at ZST401-001908 - ZST401-001910 in response to Z-Street's request for the production of documents.

12. Exhibit 8 is a true and correct copy of the email re-produced without any deliberative process privilege or non-responsiveness assertions by the Defendant to Z-Street at ZST401-001916 - ZST401-001919 in response to Z-Street's request for the production of documents.

13. Exhibit 9 is a true and correct copy of the document re-produced by the Defendant to Z-Street at ZST401-001867 - ZST401-001869 in response to Z-Street's request for the production of documents.

14.     Exhibit 10 is a true and correct copy of the email re-produced without any deliberative process privilege or privacy assertions by the Defendant to Z-Street at ZST401-002773 – ZST401-002775 in response to Z-Street's request for the production of documents.

15.     Exhibit 11 is a true and correct copy of the email re-produced without any redaction of non-responsive information by the Defendant to Z-Street at ZST401-002017 – ZST401-002018 in response to Z-Street's request for the production of documents.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August 31, 2016.                         /s/ Olga L. Tobin
                                                                              OLGA L. TOBIN
                                                                              Trial Attorney, Tax Division