# POTENTIAL TERRORIST CONNECTION CHECKSHEET
(Rev. 06/2007)

Name of Organization:

    EIN:

    CASE #:

Specialist's :

    Date:

**Defendant Exhibit 3**

**This case requires coordination with EO Touch And Go (TAG) for the following reason(s):**

  A. Case file includes:
    \_\_\_\_\_ Representation of Suspected Terrorist Activity
    \_\_\_\_\_ Credible Evidence of Suspected Terrorist Funding/Other Support
    \_\_\_\_\_ Organization Listed in Comprehensive List of Terrorists
    \_\_\_\_\_ Officer/Director Listed in Comprehensive List of Terrorists
    \_\_\_\_\_ Grantee or Similar Designee Listed in Comprehensive List of Terrorists

  B. Applicant is organized, operated in, or has affiliations to:
    \_\_\_\_\_ Cuba
    \_\_\_\_\_ Iran
    \_\_\_\_\_ Libya
    \_\_\_\_\_ North Korea
    \_\_\_\_\_ Sudan
    \_\_\_\_\_ Syria
    \_\_\_\_\_ Other (e.g. Israel, Iraq, Afghanistan, Pakistan, Yemen, etc.)

  C. Strong likelihood of a possible terrorist connection indicated by facts and circumstances. List reasons.

**ADDITIONAL FACTS:** (Include a concise summary of concerns, such as hits on the terrorist list (include name and the line number(s)), specific activities mentioned by the organization that raise concerns, facts and circumstances, and web site addresses that include information of concern.)

**RECOMMENDED DISPOSITION:** (To be completed by the TAG Anti-Terrorism Coordinator with guidance, as necessary, from the EO R&A Washington Office)