> **Defendant Exhibit**
> _____4_____

**Potential Terrorist Connection Checksheet (Rev. 4/2009)**

Specialist Name: _____     Date: _____
EDS Case Number:_____

**1. Specialist—List reason case is referred to TAG Anti-Terrorism Coordinator**
(Name of Specialist:_____)
___ name appears listed in OFAC List
___ organization acknowledges terrorist involvement
___ evidence of terrorist involvement
___ connections with State Sponsor of Terrorism:
    ___ Cuba
    ___ Iran
    ___ Sudan
    ___ Syria
___ foreign grants or activities
___ other facts & circumstances--list:
_____
_____

On Form 3198-A, write "Potential Terrorist Connection." Make two copies of this checksheet. Rubber band one copy to the outside of the file folder. E-mail the other to the TAG Anti-Terrorism Coordinator.

**2. Coordinator—List action taken**
(Name of Coordinator:_____)

___ screened, returned to Specialist—comments:
_____
_____

___ coordinated with CI—outcome:
(Name of CI Contact:_____)
_____
_____

___ coordinated with EO R&A DC—outcome:
(Name of EO R&A DC Contact:_____)
    ___ return to Specialist for further development
    ___ return to Specialist, no further development needed
    ___ transfer to EO R&A DC for processing
    ___ other:
_____
_____

**3. Recommended Disposition:**

ZST401-002499