| | |
|---|---|
| **From:** | Seto Michael C |
| **Sent:** | Wednesday, February 02, 2011 11:10 AM |
| **To:** | Light Sharon P |
| **Subject:** | RE: SCR Table for Jan. 2011 |
| **Attachments:** | SCR table Jan 2011.doc |

Here it is.

---

**From:** Light Sharon P
**Sent:** Wednesday, February 02, 2011 11:23 AM
**To:** Seto Michael C
**Subject:** RE: SCR Table for Jan. 2011

Mike -- can I see the original table? It didn't come through when Lois forwarded.

---

**From:** Seto Michael C
**Sent:** Wednesday, February 02, 2011 11:21 AM
**To:** Lerner Lois G; Paz Holly O
**Cc:** Trilli Darla J; Douglas Akaisha; Letourneau Diane L; Kindell Judith E; Light Sharon P
**Subject:** RE: SCR Table for Jan. 2011

We can modify the report to include a running history of the item.

---

**From:** Lerner Lois G
**Sent:** Wednesday, February 02, 2011 11:17 AM
**To:** Paz Holly O; Seto Michael C
**Cc:** Trilli Darla J; Douglas Akaisha; Letourneau Diane L; Kindell Judith E; Light Sharon P
**Subject:** RE: SCR Table for Jan. 2011

Thanks--even if we go with a 4 on the Tea Party cases, they may want to argue they should be 3s, so it would be great if we can get there without saying the only reason they don't get a 3 is political activity.

I'll get with Nan Marks on the [ 6103 ] piece.

I'm just antsy on the churchy stuff--Judy--thoughts on whether we should go to Counsel early on this--seems to me we may want to answer all questions they may have earlier rather than later, but I may be being too touchy. I'll defer to you and Judy.

Z Street--I thought the elevated to TEGE Commish related to whether we ever had--that's why I asked. Perhaps the block is wrong--maybe what we need is some notation that the issue is one we would elevate?

I hear you about you and Mike keeping track, but I would like a running history. that's the only way I can speak to what we're doing and progress in a larger way. Plus we've

ZST401-001908

learned from Exam--if they know I'm looking, they don't want to have to explain--so they move things along. the 'clean" sheet doesn't give me any sense unless I go back to previous SCRs.

I've added Sharon so she can see what kinds of things I'm interested in.


*Lois G. Lerner*
Director, Exempt Organizations

---

**From:** Paz Holly O
**Sent:** Wednesday, February 02, 2011 11:02 AM
**To:** Lerner Lois G; Seto Michael C
**Cc:** Trilli Darla J; Douglas Akaisha; Letourneau Diane L; Kindell Judith E
**Subject:** RE: SCR Table for Jan. 2011

Tea Party - Cases in Determs are being supervised by Chip Hull at each step - he reviews info from TPs, correspondence to TPs, etc. No decisions are going out of Cincy until we go all the way through the process with the c3 and c4 cases here. I believe the c4 will be ready to go over to Judy soon.

HMO case [6103] - When you say to push for the next Counsel meeting, with whom in Counsel are you referring? The plan had been for Sarah to meet with Wilkins and Nan on this. We think this has not happened but have not heard directly (unless Sarah has responded to your recent email on this case). I don't know that we at this level can drive that meeting.

[6103] I will reach out to Phil to see if Nan has seen it. She was involved in the past but I don't know about recently.

On [6103] proposed denials typically do not go to Counsel. Proposed denial goes out, we have conference, then final adverse goes to Counsel before that goes out. We can alter that in this case and brief you after we have Counsel's thoughts.

Z Street was not elevated at Mike Daly's direction. He had us elevate it twice after the litigation commenced but said not to continue after that unless we are changing course on the application front and going forward with processing it.

[6103] - Our general criteria as to whether or not to elevate an SCR to Sarah/Joseph and on up is to only elevate when there has been action. [6103] was elevated this month because it was just received. We will now begin to review the 1023 but won't have anything to report for sometime. We will elevate again once we have staked out a position and are seeking executive concurrence.

We (Mike and I) keep track of whether estimated completion dates are being moved by means of a track changes version of the spread sheet. When next steps are not reflected as met by the estimated time, we follow up with the appropriate managers or Counsel to determine the cause for the delay and agree on a due date.

---

**From:** Lerner Lois G
**Sent:** Tuesday, February 01, 2011 6:28 PM
**To:** Seto Michael C
**Cc:** Paz Holly O; Trilli Darla J; Douglas Akaisha; Letourneau Diane L; Kindell Judith E
**Subject:** RE: SCR Table for Jan. 2011

2

ZST401-001909

Thanks--a couple comments

1. Tea Party Matter very dangerous. This could be the vehicle to go to court on the issue of whether Citizen's United overturning the ban on corporate spending applies to tax exempt rules. Counsel and Judy Kindell need to be in on this one please needs to be in this. Cincy should probably NOT have these cases--Holly please see what exactly they have please.

2. We need to push for the next Counsel meeting re: the HMO case Justin has. Reach out and see if we can set it up.

3. ┆ 6103 ┆-has that gone to Nan Marks? It says Counsel, but we'll need her on board. In all cases where it says Counsel, I need to know at what level please.

4. I assume the proposed denial of the religious or will go to Counsel before it goes out and I will be briefed?

5. I think no should be yes on the elevated to TEGE Commissioner slot for the Jon Waddel case that's in litigation--she is well aware.

6. Case involving healthcare reconciliation Act needs to be briefed up to my level please.
 7. SAME WITH THE NEWSPAPER CASES--NO GOING OUT WITHOUT BRIEFING UP PLEASE.

8. ┆ 6103 ┆cases involving settlements in Israel should be briefed up also.

9. ┆ 6103 ┆case--why "yes-for this month only" in TEGE Commissioner block?

Also, please make sure estimated due dates and next step dates are after the date you send these. On a couple of these I can't tell whether stuff happened recently or not.

Question--if you have an estimated due date and the person doesn't make it, how is that reflected? My concern is that when Exam first did these, they just changed the date so we always looked current, rather than providing a history of what occurred. perhaps it would help to sit down with me and Sue Lehman--she helped develop the report they now use.

---

**From:** Seto Michael C
**Sent:** Tuesday, February 01, 2011 5:33 PM
**To:** Lerner Lois G
**Cc:** Paz Holly O; Trilli Darla J; Douglas Akaisha; Letourneau Diane L
**Subject:** SCR Table for Jan. 2011

Here is the Jan. SCR summary.

3