

ZST401-001867

6103
6103
6103   she will give case to Mike to determine whether this case will impede litigation efforts in Z street case (4/2012).   6103
6103

7. 6103

8. 6103

9. 6103

10. 6103

11. 6103

ZST401-001868

**6103**

**6103**

ZST401-001869