**Defendant Exhibit 10**

| | |
|---|---|
| From: | Ingram Sarah H |
| Sent: | Tuesday, November 30, 2010 5:27 PM |
| To: | Miller Steven T |
| Subject: | Update on court case |

Steve --

Per our conversation yesterday, at the bottom of this chain is an email received by the TAG team employee who is named in the latest public court briefing filed by the Z-Street organization (Tp allegation re 2d case not before the court with intent of showing a pattern).

We have gone to local TIGTA and received advice which I do not wish to follow -- our manager calling the SSA employee's manager.  I am more inclined to go back to central TIGTA and get some advice.  Also, I'd be glad to discuss this when I am over with you Friday.  That would also enable us to update you on the plans for DOJ court filings and on whether our employee has received any additional unwelcome contacts.

Let me know if you want an update before Friday.

-----Original Message-----
From: Choi Robert S
Sent: Tuesday, November 30, 2010 4:48 PM
To: Ingram Sarah H
Cc: Lerner Lois G; Choi Robert S
Subject: FW: Really?


Here the email thread that contains the response from the TIGTA office in Cincinnati.


-----Original Message-----
From: Choi Robert S
Sent: Monday, November 29, 2010 4:58 PM
To: Camarillo Sharon L; Thomas Cindy M; Waddell Jon M
Cc: Choi Robert S
Subject: RE: Really?


Await further guidance from me.  Thanks.


-----Original Message-----
From: Camarillo Sharon L
Sent: Monday, November 29, 2010 3:50 PM
To: Thomas Cindy M; Choi Robert S
Cc: Waddell Jon M
Subject: FW: Really?

1

ZST401-002773

Please see Jon Waddell's comments regarding his contact with TIGTA. I would imagine that the SSA would have a directory, similar to our Discovery Directory, that TIGTA, or perhaps CI, would be able to access to determine this employee's manager's name. How would you like us to procede with this?

Thank you

Sharon L. Camarillo
EO Determinations Manager, Area 1

9350 E. Flair Drive
El Monte, CA 91731-2885

Telephone:  626-312-3608 ext 5026
Fax:        626-312-2928


-----Original Message-----
From: Waddell Jon M
Sent: Monday, November 29, 2010 11:28 AM
To: Camarillo Sharon L
Subject: FW: Really?



Sharon,

As a follow-up, Kerry Johnson from TIGTA believes that this would be a management to management issue and not something within their (TIGTA's) purview. Kerry suggested trying to determine Judah Buchwalter's supervisor's name and contacting him/her. Kerry indicated that the use of government property (i.e. the blackberry) to communicate to employee on a non-business related matter not of their concern is a serious matter. If deemed appropriate, I would be glad to speak to Judah's manager if that person can be determined

thanks

-----Original Message-----
From: Johnson Kerry W TIGTA [mailto:Kerry.Johnson@tigta.treas.gov]
Sent: Monday, November 29, 2010 2:15 PM
To: Waddell Jon M
Subject: RE: Really?

Per our conversation, I think it would be more appropriate for someone in your management chain to contact SSA management concerning Buchwalter's contact with IRSE Dornette via her SSA Blackberry.

-----Original Message-----
From: Waddell Jon M [mailto:Jon.M.Waddell@irs.gov]
Sent: Monday, November 29, 2010 1:35 PM

2

To: Johnson Kerry W TIGTA
Subject: FW: Really?


Good Afternoon Kerry,

I'm forwarding some information concerning one of my employees that this been harassed by an employee in another agency--i.e.. Social Security Administration. My employee (Tracy Dornette) is currently a minor focus of a current lawsuit against the IRS. Her specific role dealt with sending an information letter to a taxpayer that is secondarily involved in the suit.

A Judah Buchwalter, an employee of the Social Security Administration in Baltimore, sent Tracy an e-mail last Wednesday in an apparent attempt to admonish and/or critique Tracy's current situation. In discussing this mater with my management chain in DC today, we felt that this would likely be a matter for TIGTA. Lastly, we are uncertain wheter the local TIGTA office should handle this matter since Tracy is in Cincy or should it be handled in Baltimore since that is where Judah Buchwalter resides?

Please let me know your thoughts

thanks

-----Original Message-----
From: Dornette Tracy
Sent: Monday, November 29, 2010 7:42 AM
To: Waddell Jon M
Subject: FW: Really?



-----Original Message-----
From: Buchwalter, Judah [mailto:Judah.Buchwalter@ssa.gov]
Sent: Wednesday, November 24, 2010 11:09 PM
To: Dornette Tracy
Subject: Really?

IRS agent Tracy Dornette wrote the organization, according to this week's court filing, as part of its consideration of the organizations application for tax exempt status. "Describe your organization's religious belief system toward the land of Israel."

Judah Buchwalter
(Blackberry - 410-967-6725)

ZST401-002775