**Defendant Exhibit 11**

| | |
|---|---|
| From: | Trilli Darla J |
| Sent: | Monday, September 26, 2011 10:16 AM |
| To: | Grodnitzky Steven |
| Cc: | Seto Michael C; Trilli Darla J |
| Subject: | RE: Sept SCRs |

I can't get to them, they are saved on my i:drive.

I'm asking folks to update their Aug SCRs they submitted to me last month and send as the Sept update.

I'm hoping your TLSs saved their August versions.

Thanks, Darla

---

**From:** Grodnitzky Steven
**Sent:** Monday, September 26, 2011 10:10 AM
**To:** Trilli Darla J
**Cc:** Seto Michael C
**Subject:** RE: Sept SCRs

Did we receive the last version of the SCRs? I don't recall getting an email with the attachments, just an email stating that they will be sent out. I had followed up at that point, which was about a week or so ago, and I was told they would be coming. Unless I missed them, can you please send them so that I can get them to my group?

Thanks.

Steve

Steven Grodnitzky
Manager, Technical Group 1
Exempt Organizations, Rulings and Agreements
Tax Exempt and Government Entities Division
U.S. Internal Revenue Service
Phone: (202) 283-8941
fax: (202) 283-8937

---

**From:** Trilli Darla J
**Sent:** Friday, September 23, 2011 11:23 AM
**To:** Grodnitzky Steven; Shoemaker Ronald J; Lieber Theodore R; Salins Mary J; Thomas Cindy M; Megosh Andy
**Cc:** Trilli Darla J; Seto Michael C
**Subject:** Sept SCRs

I apologize for the short notice but please have your TLSs update the August SCRs with Sept data by 2:00 on Wednesday, September 28th.

ZST401-002017

My i:drive is missing and I can't access the s:drive. According to MITS these are both on the same server. Mike is having the same issue. We have been without this access for a little over a week now. Of course I save 80% of my data on the i:drive and that is where all of my SCRs are located.

Again, I apologize for the short notice.

Thanks, Darla

1. Political Advocacy Orgs - Chip/Hilary
2. 6103 - Kristen
3. 6103 - Justin
4. 6103 - Justin
5. 6103 - Andrew
6. 6103 - Danny
7. 6103 - Obi
8. 6103 - Justin
9. 6103 - Susan/Patricia
10. 6103 - Leonard
11. 6103 - Meghan
12. 6103 - Danny
13. 6103 - Meghan
14. Mortgage Foreclosure - Elizabeth K.
15. Z-Street - Jon Waddell
16. 6103 - Donna
17. 6103 - Meghan
18. Newspaper Cases - Liz
19. Foreign Lobby Cases - Sadie
20. 6103 - Meghan
21. 6103 - Hilary

ZST401-002018