

**U.S. Department of Justice**

**Tax Division**

*Please reply to:*  Office of Civil Litigation
P.O. Box 403
Washington, D.C. 20044
Fax No. 202-307-2504

*Trial Attorney: Kari M. Larson*
*Attorney's Direct Line: 202-616-3822*
*Kari.M.Larson@usdoj.gov*

CDC:DSD:KMLarson
DJ 5-16-4579
CMN 2010103346

August 16, 2016

*via First-Class Mail and Email*
Jerome Marcus
Marcus & Auerbach, LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477

Re:  *Z Street v. Koskinen*
     Civil No. 1:12-cv-401-KBJ (D.D.C.)

Dear Mr. Marcus:

In light of the recent D.C. Circuit decision in *True the Vote, Inc. v. Internal Revenue Service, et al.* and *Linchpins of Liberty, et al. v. United States of America, et al.*, ___ F.3d ___, 2016 WL 4151231 (Aug. 5, 2016), the IRS has decided that it will process the applications of litigants whose applications remain outstanding. The IRS has informed us that it will also be reviewing Z Street's application, even though Z Street is not a party to the *Linchpins* litigation. As such, we are writing to inform you that the IRS has restarted its review of Z Street's application and will be in contact shortly regarding the status of the application. Feel free to contact Geoff Klimas (202-307-6346), Olga Tobin (202-307-6322), or me (202-616-3822) with any questions.

Best regards,

KARI M. LARSON
Senior Litigation Counsel

**Exhibit B**