IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Z STREET, | : | |
|  | : | |
| Plaintiff, | : | Civil No. 1:12-cv-00401 (KBJ) |
|  | : | |
| v. | : | |
|  | : | |
| JOHN KOSKINEN, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| COMMISSIONER OF | : | |
| INTERNAL REVENUE, | : | |
|  | : | |
| Defendant. | : | |

### Z STREET'S UNOPPOSED MOTION FOR STAY TO FACILITATE SETTLEMENT DISCUSSIONS

Z STREET respectfully requests that this case be stayed for a period of 90 days to enable the parties to explore the possibility that a settlement of this matter might be reached. Z STREET conferred with counsel for the Defendant prior to filing this motion, and the Defendant does not oppose the stay requested herein.

On December 22, 2016, this Court entered a Scheduling Order directing that the parties complete fact discovery by April 28, 2017, with subsequent deadlines for the filing of dispositive motions and oppositions thereto.

Z STREET now requests that the Court stay this case for a period of 90 days to enable the parties to explore the possibility that a settlement might be reached in this matter.

Z STREET seeks a delay of this magnitude because of the change in administration, which has also resulted in a transition of leadership at the Department of Justice which transition has not yet been fully executed.  Z STREET believes that it will not be possible to accurately

determine the possibility of settlement until the new leadership of the Department has taken office and can be briefed on the issues presented by this case.

 This motion is made in good faith and not for the purposes of delay.

 Accordingly, Z STREET respectfully requests that the Court grant this motion and Stay this case for a period of 90 days.  On or before April 28, 2017, the parties will file a joint status report stating whether: (a) the stay should remain in place, in which case the parties will identify the further length of time for which they believe a stay is appropriate; or (b) the stay should be lifted, in which case the parties will complete fact discovery by July 28, 2017.  A proposed order is attached hereto.

Dated:  February 1, 2017        Respectfully submitted,

                /s/*Jerome M. Marcus*_____
                Jerome M. Marcus
                MARCUS & AUERBACH LLC
                1121 Bethlehem Pike
                Suite 60-242
                Spring House, PA 19477
                VOICE: 215 885 2250
                FAX: 888 875 0469
                Email: jmarcus@marcusauerbach.com

                Jay M. Levin
                Attorney ID No. 34561
                OFFIT KURMAN
                1801 Market Street
                Suite 2300
                Philadelphia, PA   19103
                VOICE: 267 338 1372
                FAX: 267 338 1335
                Email: jlevin@offitkurman.com

                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2017, I filed Plaintiff's Unopposed Motion for Stay to Facilitate Settlement Discussions with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

/s/ *Jerome M. Marcus*

Jerome M. Marcus